IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO._____ |
| v. | : | DATE FILED: _____ |
| MARC MASON | : | VIOLATIONS: |
| | : | 18 U.S.C. § 922(a)(1)(A) (dealing in firearms without a license – 1 count) |
| | : | 18 U.S.C. § 659 (possession of property stolen from an interstate shipment – 1 count) |
| | : | Notice of forfeiture |

### INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

From in or about March 17, 2022, through on or about November 3, 2022, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**MARC MASON**

willfully engaged in the business of dealing in firearms without being licensed to do so under the provisions of Chapter 44, Title 18, United States Code, and aided and abetted such unlicensed dealing.

In violation of Title 18, United States Code, Sections 922(a)(1)(A), 924(a)(1)(D), and 2.

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about May 23, 2022, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**MARC MASON**

knowingly had in his possession goods and chattels of a value in excess of $1000.00, that is a Geissele Automatics, Model SD-556, 5.56 x 45mm semiautomatic rifle bearing serial number SD556-028481, which had been embezzled and stolen from R+L Carriers, a storage facility, platform, depot, container freight station, warehouse, or freight consolidation facility in Hatfield, Pennsylvania, while moving in interstate commerce from North Wales, Pennsylvania to Shreveport, Louisiana, knowing the said goods and chattels to be embezzled and stolen.

In violation of Title 18, United States Code, Section 659.

## NOTICE OF FORFEITURE

THE GRAND JURY FURTHER CHARGES THAT:

As a result of the violation of Title 18, United States Code, Section 922(a)(1)(A), set forth in this indictment, defendant

## MARC MASON

shall forfeit to the United States of America all firearms and ammunition involved in the commission of such violation, including but not limited to

1. One Polymer 80, model PF940C 9mm. PMF pistol; and
2. Ten rounds of 9mm ammunition.

All pursuant to Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 924(d).

_____
**JACQUELINE C. ROMERO**
**United States Attorney**

# UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

Criminal Division

## THE UNITED STATES OF AMERICA

vs.

## MARC MASON

### INDICTMENT

Counts
18 U.S.C. § 922(a)(1)(A) (dealing in firearms without a license – 1 count)
18 U.S.C. § 659 (possession of property stolen from an interstate shipment – 1 count)
Notice of forfeiture

