IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. 24-35 |
| : | |
| MARC MASON : | |

**GOVERNMENT'S NOTICE OF
<u>ADMINISTRATIVE FORFEITURE</u>**

      The United States of America gives notice that the Notice of Forfeiture in the Indictment in this case provides notice of the government's intent to forfeit any firearms and ammunition involved in or used in the violation charged in Count One of the Indictment, the Bureau of Alcohol, Tobacco, Firearms and Explosives has completed administrative forfeiture proceedings against the following firearm and ammunition listed in the Notice of Forfeiture in the Indictment as being subject to forfeiture as a result of the violation charged in Count One of the Indictment, and therefore the government will not pursue judicial forfeiture of the following assets in this case and will not ask the Court for a forfeiture order as to these assets: (1) Polymer80, Inc. (P0 TACTICAL P80), model PF940C, 9mm pistol, with no serial number; and (2) ten (10) rounds of 9mm ammunition. *See* Declaration of Administrative Forfeiture attached as Exhibit A.

                                    Respectfully submitted,

                                    JACQUELINE C. ROMERO
                                    United States Attorney

                                    SARAH L. GRIEB
                                    Assistant United States Attorney
                                    Chief, Asset Recovery and Financial Litigation Unit

                                    _____

                                    JOSEPH A. LABAR
                                    Assistant United States Attorney

Date:

## **CERTIFICATE OF SERVICE**

      I certify that a copy of the Government's Notice of Administrative Forfeiture has been filed electronically in the Clerk's Office Electronic Case Filing (ECF) system and are available for viewing and downloading from the ECF system, and that a true and correct copy of the Notice of Administrative Forfeiture was served upon the defendant by first-class and certified mail, as follows:

**Marc Mason, defendant**
7013 Walker St.
Philadelphia, PA 19135


_____
JOSEPH A. LABAR
Assistant United States Attorney


Date: